```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

ANTHONY RAMOS,

                                Plaintiff,

                -against-

THE CITY OF NEW YORK, a municipal entity, "JOHN DOES," NEW YORK CITY POLICE OFFICER ALICE MURPHY, Shield # 02148, all of the identified and non identified persons in their individual and in their official capacities,

                              Defendants.

------------------------------------------------------------ x

**INITIAL SCHEDULING ORDER**

07 Civ. 8053 (RJH)(DFE)

      The parties, by and through their counsel undersigned, hereby submit their proposed Initial Scheduling Order as follows:

1.    Description of Case

        a.    Attorneys of Record

        James I. Meyerson
        64 Fulton Street
        New York, New York 10038
        (212) 226-3310
        Attorney for Plaintiff

        Michael A. Cardozo
        Corporation Counsel of the City of New York
        100 Church Street
        New York, New York 10007
        Michael K. Gertzer
        (212) 788-0786
        Attorneys for Defendants

        b.    Basis of Jurisdiction- Federal Question pursuant to 28 U.S.C. §§1331 and 1343, in conjunction with 42 U.S.C. § 1983 and 1st, 4th and 14th Amendments to the United States Constitution. In addition, pendent jurisdiction is sought to be invoked pursuant to 28 U.S.C. § 1367.

   c. Claims- This case arises out of plaintiff's arrest at the Puerto Rican Day Parade held on June 10, 2007. Plaintiff claims that he was falsely arrested, and subjected to excessive detention. Furthermore, he alleges that his 1st Amendment rights were violated. There are no counterclaims.

   d. Major legal and factual issues in the case- The issues in the case are whether plaintiff was falsely arrested and subjected to excessive detention while attending the Puerto Rican Day Parade on June 10, 2007, whether the plaintiff's First Amendment rights were violated and/or whether the individual defendant Police Officer Alice Murphy is entitled to qualified immunity. Plaintiff was charged with disorderly conduct and unlawful assembly. Plaintiff denies that he was acting unlawfully. Defendants deny that they were acting unlawfully.

   e. Relief Sought- Monetary Damages in an amount to be determined at trial

2. Proposed Case Management Plan.

   a. Pending Motions-none

   b. Cutoff date for joinder of additional parties-February 1, 2008

   c. Cutoff date for amendments to pleadings-February 1, 2008

   d. Schedule for completion of discovery-

     i. Rule 26(a)(1) disclosures-December 17, 2007

     ii. Fact discovery completion date-April 30, 2008

     iii. Plaintiff's Rule 26(a)(2) disclosures-May 15, 2008; Defendants' Rule 26(a)(2) disclosures-July 1, 2008

     iv. Expert discovery-Expert discovery to be completed by July 21, 2008.

   e. Dispositive Motions-June 2, 2008

  f. Final Pretrial Order-30 days after all dispositive motions are resolved.

  g. Trial- i. Jury trial is requested.

    ii. Length of trial- 3 to 5 days.

    iii. Case will be ready for trial following disposition of dispostive motions, if any.

3. The parties do not consent to proceed before a Magistrate Judge.

4. The parties are discussing settlement and will inform the Court if a settlement conference would be useful.

5. *[handwritten: The conference scheduled for December 7, 2007 is adjourned to 5/2/08 at which time at which time the parties shall report on the merits of (and discovery)]*

Respectfully Submitted,

James I. Meyerson
64 Fulton Street, Ste. No. 502
New York, New York 10038
(212) 226-3310
By: _____/s/_____
JAMES I. MEYERSON
Attorney for Plaintiff

MICHAEL CARDOZO
Corporation Counsel of the
City of New York
100 Church Street
New York, New York 10007

By: _____[signature]_____
MICHAEL K. GERTZER
Attorneys for Defendants

So Ordered:

_____[signature]_____
Richard J. Holwell
United States District Judge
12/4/07

- 3 -