```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

ANTHONY RAMOS,

                         Plaintiff,

     -against-

THE CITY OF NEW YORK, a municipal entity, "JOHN DOES," NEW YORK CITY POLICE OFFICER ALICE MURPHY, Shield # 02148, all of the identified and non identified persons in their individual and in their official capacities,

                         Defendants.

-------------------------------------------------------------------- x

STIPULATION AND ORDER
OF SETTLEMENT AND
DISMISSAL

07 Civ. 8053 (RJH)

     **WHEREAS,** plaintiff commenced this action by filing a complaint on or about September 14, 2007, alleging that defendants violated plaintiff's federal civil and state common law rights; and

     **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

     **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

     **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

     1.     The above-referenced action is hereby dismissed against defendants, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

     2.     Defendant City of New York hereby agrees to pay plaintiff Anthony Ramos Twelve Thousand Five Hundred ($12,500.00) Dollars in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In consideration for the payment of these sums, plaintiff agrees

to dismissal of all the claims against defendants and to release the defendants and any present or former employees and agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action which were or could have been alleged in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendant City of New York's attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant

proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
December 6, 2007

| | |
|---|---|
| JAMES I. MEYERSON, ESQ.<br>Attorney for Plaintiff<br>64 Fulton Street, Suite 502<br>New York, New York 10038<br><br>By: /s/ James I. Meyerson *(JIM 4304)*<br>James I. Meyerson, Esq.<br>Attorney for Plaintiff | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>City of New York<br>Attorney for Defendants City and Murphy<br>100 Church Street, Room 3-218<br>New York, N.Y. 10007<br>(212) 788-0778<br><br>By: /s/ Michael K. Gertzer<br>Michael K. Gertzer<br>Assistant Corporation Counsel |

SO ORDERED:

/s/ RJH
U.S.D.J.
12/18/07

The Clerk is requested to close this case